IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **CINDY JOHNSON,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:09-CV-90(HL) |
| **AMBLING COMPANIES,** | : | |
| Defendant. | : | |

## ORDER

On July 15, 2009, this Court ordered Plaintiff to complete and file the "Application to Proceed in District Court Without Prepaying Fees or Costs" by August 4, 2009 (Doc. 3). To date, Plaintiff has not filed the application or otherwise responded to this Court's Order. Accordingly, Plaintiff's Complaint (Doc. 2) is dismissed without prejudice.

**SO ORDERED**, this the 10th day of August, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

wjc